UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS ALVARADO,<br><br>                Plaintiff,<br><br>    v.<br><br>RYAN T. BLACKHAWK;<br>DETECTIVE JOHN KEMPE; IDAHO<br>STATE TROOPERS; and TRAVIS<br>NALDER,<br><br>                Defendants. | Case No. 1:22-cv-00293-BLW<br><br>**ORDER** |

On March 30, 2023, this Court dismissed this prisoner civil rights case with prejudice because Plaintiff's claims were untimely. *See* Dkts. 18, 19. The Ninth Circuit affirmed the dismissal. Dkt. 31. On February 19, 2025 (mailbox rule), Plaintiff filed a "Motion for Rule 60-b and to Address District Judge Civil Law Suit for Violation of the Fifth and Sixth Amendment and Kidnapping Statute." Dkt. 37.

A party may request reconsideration of a final judgment by filing a motion for relief from judgment under Federal Rule of Civil Procedure 60(b). A court may grant such a motion for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence; (3) fraud, misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released or discharged; or (6) any other reason that justifies relief. Fed. R. Civ. P. 60(b). Relief under Rule 60(b)(6) "will not be granted unless the moving party is able to show both injury

ORDER - 1

and that circumstances beyond its control prevented timely action to protect its interests." *United States v. Alpine Land & Reservoir Co.*, 984 F.2d 1047, 1049 (9th Cir. 1993).

A motion for relief from judgment must be brought "within a reasonable time." Fed. R. Civ. P. 60(c)(1). However, if the motion is based on subsections (1), (2), or (3), the motion must be filed no later than one year after entry of judgment. *Id*.

Plaintiff asserts he is entitled to relief from judgment due to a "mistake[] [and] newly discovered evidence that with diligence, could not have been discovered" earlier. Dkt. 37 at 1. That is, Plaintiff basis his Rule 60(b) motion on subsections (1) and (2). Any motion for relief from judgment, therefore, had to be filed no later than March 30, 2024. Because Plaintiff filed his Rule 60(b) motion more than one year after entry of judgment, it is untimely under Rule 60(c)(1).

## ORDER

**IT IS ORDERED** that Plaintiff's "Motion for Rule 60-b and to Address District Judge Civil Law Suit for Violation of the Fifth and Sixth Amendment and Kidnapping Statute" (Dkt. 37) is DENIED. Nothing further may be filed in this closed case.

DATED: March 24, 2025

_____
B. Lynn Winmill
U.S. District Court Judge

ORDER - 2